FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0311

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0311

KELLY GENE SVIR,

Petitioner,

v.

PETER BLUDWORTH, Warden,
Crossroads Correction Center,

Respondent.

ORDER

**FILED**

JUN 1 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Kelly Gene Svir, also known as Kelly Gene Anderson, has filed a petition for a writ of habeas corpus. Upon review of his petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with any appropriate supporting exhibits, such as sentence calculations.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this _10th_ day of June, 2020.

_____
Justice